UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHARLES RONNIE MYGATT, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-08-380 |
| EVELYN CASTRO, | § § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

In accordance with the Court's Order Adopting Memorandum and Recommendation on Cross-Motions for Summary Judgment, the Court hereby enters Final Judgment dismissing plaintiff's claims.

SIGNED and ORDERED this 24th day of September, 2009.

_____
Janis Graham Jack
United States District Judge